IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **1:26-cv-21716**

**ALEXANDER FERNANDEZ**,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

**VENTURE VAULT CAPITAL LLC**,

Defendant.
_______________________________________/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendant, VENTURE VAULT CAPITAL LLC, by and through undersigned counsel, and pursuant to 28 U.S.C. §1441 and §1446, hereby removes to this Court the above-referenced civil action which is now pending in the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County (Case No.: 2026-003311-CA-01), and in support thereof states as follows:

1. Plaintiff is asserting one claim against Defendant which is based upon the Telephone Consumer Protection Act (47 U.S.C. §227). There are no state law claims, and Defendant is the sole defendant.

2. The Southern District of Florida has original subject matter jurisdiction as this civil action arises under the Constitution, laws, or treaties of the United States. 28 U.S.C. §1331.

3. Venue is appropriate in the Southern District of Florida as the Eleventh Judicial Circuit is located within the district. 28 U.S.C. §1391.

4. Plaintiff filed his Complaint on February 17, 2026, and effected service of process on Defendant on February 27, 2026. Copies of the Summons and the Complaint from the removed action are attached hereto as Exhibit A. There is no other process, pleading, or order served on Defendant in the removed action. 28 U.S.C. §1446(a).

5. The initial Complaint is the first pleading which gives rise to the right to remove. This Notice of Removal is filed within 30 days of service of the summons on Defendant. 28 U.S.C. §1446(b).

6. On the date of this Notice of Removal, a copy of this Notice is being filed with the clerk of the Eleventh Judicial Circuit, with a copy being provided to Plaintiff's counsel. 28 U.S.C. §1446(d).

**WHEREFORE**, please take notice that the above-referenced action is removed from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Defendant*
9100 South Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com; eservice@reinerslaw.com*

By: ______________________________
**DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on* ***March 16, 2026****, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: ______________________________
**DAVID P. REINER, II**; FBN 416400

**Service List (via email):**

**THE LAW OFFICES OF JIBRAEL S. HINDI**
1515 NE 26th Street
Wilton Manors, Florida 33305
Ph.: 813-340-8838
**RENA A LERNER, ESQ.**
rena@jibraellaw.com
**MITCHELL D. HANSEN, ESQ.**
mitchell@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
zane@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
gerald@jibraellaw.com
*Counsel for Plaintiff*